LAWRENCE E. SKIDMORE, CSB #137587
KATHLEEN C. LYON, CSB #236224
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241
Email: asilaw@asilaw.org
Attorneys for RICHARD GILBERT

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD W. HOFER<br><br>Plaintiffs,<br>v.<br><br>GRAIL SEMICONDUCTOR, INC.; NIRO, HALLER, AND NIRO, LTD.; RAYMOND NIRO; DONALD STERN; ROBERT STERN; AND RICHARD GILBERT,<br><br>Defendants. | Civil Action No.: 2:15-cv-02207-MCE-EFB<br><br>Assigned for all purposes to<br>The Honorable Morrison C. England<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE, PURSUANT TO FRCP 12(b)(1); DISMISSAL ON PREEMPTION; OR, IN THE ALTERNATIVE, FOR AN ORDER FOR A MORE DEFINITE STATEMENT<br><br>**Complaint Filed:** October 22, 2015<br>**Hearing Date:**   December 17, 2015<br>**Hearing Time:**   2:00 p.m.<br>**Location:**        Courtroom 7 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Richard Gilbert ("Gilbert" or "Defendant") will and hereby does move the Court to dismiss this action pursuant to Federal Rule of Civil Procedure, Rule 12 (b)(1) and 12(b)(6), or on the grounds of preemption and, in the alternative, for an order for a more definite statement.

This motion shall be heard on December 17, 2015 at 2:00 p.m., or as soon thereafter as it may be heard in the courtroom of the Honorable Morrison C. England, Jr., Chief Judge, United States District Court of California, Eastern District, Sacramento Division, Courtroom 7 – 501 I

1

1  Street, Sacramento, CA 95814.

2      This motion is further made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff has failed to allege facts sufficient to state a cause of action against Defendant Richard Gilbert in that:

(i)     The first cause of action based on the FLSA, encompassed in 29 U.S.C, sections 201 to 219 cannot as a matter of law apply to Plaintiff as an executive employee. 29 U.S.C. 213(a)(1). Furthermore, Plaintiff has not properly plead the basis of the FLSA claim to the requisite standard; and/or

(ii)    The fourth cause of action, loosely based on California Government Code, section 12900, *et seq.* ("FEHA") and the "Labor Code," does not contain the requisite allegations that FEHA applies to the Gilbert nor the requisite allegations of protected conduct. Furthermore, neither FEHA nor the California Labor Code (presumably brought under Labor Code section 1102.5) permits individual liability; and/or

(iii)   The tenth cause of action for unfair business practices, California Business & Professional Code 17200 ("UCL") fails to state a cause of action and cannot hold liability for Gilbert as a non-interested director, nor does UCL allow for monetary damages; and/or

(iv)    The eleventh cause of action for fraud fails to state a cause of action and to meet the heightened pleading standards to state a cause of action as to Gilbert, and/or fails the economic loss rule.

(v)     All of the above causes of action are inadequately plead by general conclusory statements not entitled to the presumption of truth.

Gilbert further brings this motion pursuant to FRCP 12(b)(1) on the grounds that if this Court dismisses the first cause of action based on the FLSA, this Court lacks jurisdiction because there is no federal question at issue in the complaint and there is no diversity of parties. Jurisdiction appears to be based solely on the Federal Labor Standards Act ("FLSA"). Without this claim, the Court lacks jurisdiction under any circumstance.

If the FLSA cause of action is not dismissed, Gilbert requests the Court dismiss the fourth, tenth and eleventh causes of actions on grounds of preemption by the FLSA.

In the alternative, Gilbert requests the Court to issue an order for a more definitive statement requiring Plaintiff to give reasonable notice of what statutes Plaintiff claims are violated and what remedies plaintiff seeks as to each cause of action.

This motion is based on this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities, the complete files and records in this action as well as Request for Judicial Notice on the two previous actions stated above, and such other and further matters this Court may consider.

Dated: November 11, 2015                    Respectfully submitted,

ARONOWITZ SKIDMORE LYON
A Professional Law Corporation

By:  /s/  *Kathleen C. Lyon*
KATHLEEN C. LYON
LAWRENCE E. SKIDMORE
Aronowitz Skidmore Lyon
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
klyon@asilaw.org
(530) 823-9736
Attorney for Richard Gilbert