IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RONALD W. HOFER,<br><br>            Plaintiff,<br><br>    vs.<br><br>GRAIL SEMICONDUCTOR, INC.; NIRO, HALLER, AND NIRO, LTD.; RAYMOND NIRO; DONALD STERN; ROBERT STERN; RICHARD GILBERT,<br><br>            Defendants. | CASE NO.  2:15-cv-02207-MCE-EFB<br><br>**ORDER GRANTING GRAIL SEMICONDUCTOR, INC.'S INITIAL EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SUMMONS AND COMPLAINT** |

Having reviewed the Affidavit of Timothy A. Charshaf, Esq. in Support of Grail Semiconductor, Inc.'s Initial Ex Parte Application for Extension of Time to Respond to Plaintiff RONALD W. HOFER's Summons and Complaint, and there being no prior extensions of time to respond to the Summons and Complaint, the Court hereby GRANTS Defendant GRAIL SEMICONDUCTOR, INC.'s Initial Ex Parte Extension Request pursuant to Fed. R. Civ. P. 6 and

L.R. 144. Defendant GRAIL SEMICONDUCTOR, INC.'s responsive pleadings to Plaintiff RONALD W. HOFER's summons and complaint shall be filed and served on or before December 22, 2015.

IT IS SO ORDERED.

Dated: November 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Page 2
**ORDER GRANTING GRAIL SEMICONDUCTOR, INC.'S INITIAL EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF RONALD W. HOFER'S SUMMONS AND COMPLAINT**